**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RONNIE CARL ROBINSON, SR., | ) |
| Petitioner, | ) |
| v. | ) No. 4:25-cv-1570-CMS |
| MICHAEL SHEWMAKER, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner has not filed an application to proceed in this District Court without prepaying fees or costs, or paid the filing fee. *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Petitioner will therefore be directed to either file an application to proceed in this Court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this Order. If Petitioner fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Petitioner a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Petitioner must either file an application to proceed in the District Court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this Order.

2

**IT IS FINALLY ORDERED** that, if Petitioner fails to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 19th day of November 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE